UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20312-DPG

WINDY LUCIUS,

      Plaintiff,

v.

L'OCCITANE, INC., d/b/a L'Occitane

      Defendant

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, under Fed. R. Civ.

P. Rule 41(a), and this Court Order [DE 12], hereby gives notice that she voluntarily dismisses this

action with prejudice against, Defendant, L'OCCITANE, INC., d/b/a L'Occitane, and respectfully

requests this Court to terminate the action.

Respectfully submitted this May 16, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Lucius v. L'Occitane**
**Case No. 24-cv-20312-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2024., an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*